

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00278-CR
No. 07-26-00279-CR

**IN RE JHON SCOTT SMOUT, RELATOR**

ORIGINAL PROCEEDING

May 22, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Relator, John Scott Smout, has two criminal appeals presently pending before this Court.[1]  He has now filed two petitions for writ of mandamus requesting that this Court compel his trial counsel and the State of Texas to produce all exculpatory evidence related to those criminal proceedings.  We dismiss his petition for want of jurisdiction.

We have authority to issue writs of mandamus against a judge of a district or county court in our appeals district and all writs necessary to enforce our jurisdiction.  *See* TEX. GOV'T CODE ANN. §§ 22.221(a), (b).  Smout does not request mandamus relief against a district or county judge and has not demonstrated how issuance of the requested writ

---

[1] Those appeals are docketed in cause numbers 07-26-00036-CR and 07-26-00037-CR.

against his former counsel or the district attorney's office is necessary to enforce our jurisdiction. Consequently, we are without authority to issue said writ. *See In re Oluma*, No. 14-25-00144-CR, 2025 Tex. App. LEXIS 1585, at *3 (Tex. App.—Houston [14th Dist.] Mar. 11, 2025, no pet.) (per curiam) (mem. op.) (holding that an appellate court "lacks authority to issue a writ of mandamus against a district attorney or assistant district attorneys."); *In re Youngstrom*, No. 07-14-00210-CV, 2014 Tex. App. LEXIS 6528, at *1–2 (Tex. App.—Amarillo June 16, 2014, no pet.) (mem. op.) (dismissing petition for writ of mandamus against former appellate counsel for want of jurisdiction).

Accordingly, Smout's petitions for writ of mandamus are dismissed for want of jurisdiction.

Per Curiam

Do not publish.

2